WILLIAM D. HYSLOP
United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2020

SEAN F. MCAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:20-MJ-04049-MKD |
| Plaintiff, | MOTION TO SEAL COMPLAINT |
| vs. | |
| ORLANDO XAVIER MEDINA, | |
| Defendant. | |

United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney for said district, moves the Court for an Order to Seal the Complaint until further order of the Court or until the Defendants' arrest, whichever comes first.

Respectfully submitted this <u>19th</u> day of February, 2020.

WILLIAM D. HYSLOP
United States Attorney

*/s/ Benjamin D. Seal*
Benjamin D. Seal
Assistant United States Attorney